IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FLINT AVENUE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF LABOR, *Et Al.*, | ) |
| | ) |
| Defendants. | )   Civil Action No. 5:24-CV-130-C |

## ORDER

The Court, having considered Defendants' Emergency, Opposed Motion for Limited, Expedited Discovery and to Extend Briefing Deadlines [ECF No. 21], is of the opinion that the Motion should be **GRANTED** for good cause shown. As such, the briefing deadline is extend to June 26, 2024. Further, the Court finds that Plaintiff shall respond, by June 24, 2024, to Defendants' three requests for production that are outlined in the Emergency Motion.

SO ORDERED this 20th day of June, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE