IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FLINT AVENUE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF LABOR, *Et Al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:24-CV-130-C |

## ORDER

Before the Court is Plaintiffs' Consent Motion for Leave to Appear Without Local Counsel for two additional weeks, filed July 9, 2024. Having considered the motion, the Court finds that good cause exists and it should be **GRANTED**. Accordingly, it is ORDERED that Plaintiff may proceed without local counsel until July 29, 2024.

SO ORDERED this 10th day of July, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE