IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FLINT AVENUE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>    Defendants. | No. 5:24-cv-130-C |

**UNOPPOSED MOTION TO WITHDRAW**

Pursuant to Local Rule 83.12, undersigned counsel seeks leave of the Court to withdraw as counsel of record for Defendants. Mr. Rosen-Shaud is leaving the Department of Justice on Friday August 9, 2024. Defendant will continue to be represented by Christine Coogle. Undersigned counsel informed his clients, who consent to this motion. Plaintiff is unopposed to this motion.

Dated: August 9, 2024

Respectfully submitted,
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-305-7667
brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I certify that I conferred with opposing counsel. Plaintiff is unopposed to the motion.

/s/ *Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD