IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FLINT AVENUE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF LABOR, *Et Al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:24-CV-130-C |

### ORDER

The Court finds that the Parties shall have 14 days from the date of this Order to supplement their summary judgment briefing, should they choose to do so. Said supplemental briefing should not exceed 15 pages in length and should focus predominantly on *Mayfield v. U.S. Dep't of Labor*, 117 F.4th 611 (5th Cir. 2024), and any effect said case may have on the issues to be decided.[1]

SO ORDERED this 4th day of November, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that although the Plaintiff and Defendants have filed a Response [ECF No. 53] and Reply [ECF No. 58] after the United States Court of Appeals for the Fifth Circuit issued its opinion in *Mayfield*, the Court will allow supplemental briefing on the matter.