IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FLINT AVENUE, LLC,    )
    )
        Plaintiff,    )
    )
v.    )
    )
U.S. DEPARTMENT OF LABOR, *Et Al.*,    )
    )
        Defendants.    )    Civil Action No. 5:24-CV-130-C

## JUDGMENT

In accordance with the Court's Order on even date granting Plaintiff's Motion for

Summary Judgment [ECF No. 40] and denying the Defendants' Cross-Motion for Summary

Judgment [ECF No. 45],

**IT IS ORDERED, ADJUDGED, and DECREED** that final judgment is entered in

favor of Plaintiff Flint Avenue, LLC, and against the Defendants United States Department of

Labor, Julie Su in her official capacity, and Jessica Looman in her official capacity. The 2024

Final Rule is hereby **SET ASIDE and VACATED**.

Signed this 30th day of December, 2024.

_____

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE