UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FLINT AVENUE LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF LABOR *et al.*,<br><br>       Defendants. | No. 5:24-cv-130-C |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's December 30, 2024 Judgment, ECF No. 63.

Dated: February 27, 2025                    Respectfully submitted,

                                              YAAKOV M. ROTH
                                              Acting Assistant Attorney General
                                              Civil Division

                                              JULIE STRAUS HARRIS
                                              Assistant Director, Federal Programs Branch

                                              <u>/s/ *Arjun Mody*</u>
                                              ARJUN MODY
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L St. NW
                                              Washington, D.C. 20005
                                              (202) 451-7723
                                              arjun.a.mody@usdoj.gov

                                              *Counsel for Defendants*